STATE OF NEW JERSEY v. TRACY L. JONES.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PLAZE MEADOWS.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK J. DAVIS.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES M. HALL.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ORLANDO PRICE.

November 1, 1988.

Petition for certification denied.